# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA VIOLANTE<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK<br><br>    Defendant. | Civil Action No. 2: 18-cv-02488-GAM |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, with prejudice.

**SO STIPULATED:**

ROVNER, ALLEN, ROVNER, ZIMMERMAN AND SCHMIDT

*/s/ Jeffrey R. Zimmerman*
Jeffrey R. Zimmerman, Esq.
175 Bustleton Pike
Feasterville, PA 19053
*Attorney for Plaintiff Laura Violante*

LANDMAN, CORSI, BALLAINE & FORD, P.C.

*/s/ Rachel M. Shields*
Rachel M. Shields, Esq.
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
*Attorney for Defendant National Railroad Passenger Corporation*

Dated: December 12, 2018